PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 1735 ITASCA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1080-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 9501 JEFFCOTT ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0060-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 7918 and 7920 68TH AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0354-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,  and<br><br>REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>            Defendants. |

The United States of America, by and through its undersigned attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

## NATURE OF ACTION

1.     This is a civil action *in rem*, brought by the United States for forfeiture of real properties used to facilitate federal drug crimes.

## JURISDICTION AND VENUE

2.     This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881.

3.     This district is a proper venue pursuant to 28 U.S.C. § 1355 because the acts giving rise to this in rem forfeiture action occurred in this district, and pursuant to 28 U.S.C. § 1395(a) because the defendant properties are located in this district.

## GENERAL ALLEGATIONS

4.     The defendants in this action are the following real properties:

(a)    Real Property located at 6340 Logan Street, Sacramento, California, Sacramento County, APN: 038-0251-017-0000, including all appurtenances and improvements thereto, and more fully described as:

> All that portion of Lot 15 if "South Sacramento Gardens", according to the Official Plat thereof, filed in the office of the Recorder of Sacramento County, California on August 7,

1913 in Book 14 of Maps, Map No. 40, described as follows:

Beginning at the point on the East line of said Lot 15, from which the Southeast corner thereof bears South 00°04'00" East 113.20 feet; thence from said point of beginning North 89°58'00" West 141.00 feet; thence North 00°04'00" West 50.00 feet; thence South 89°58'00" East 141.00 feet to a point on the East line of said Lot 15; thence along said East line of Lot 15 South 00°04'00" East 50.00 feet to the point of beginning.

Excepting therefrom:

An undivided ½ interest in and to all mineral rights as reserved in the deed dated July 30, 1945, recorded August 8, 1945 in Book 1154, Page 231, of the Official Records, executed by M.W. Lincecum and Freda Belle Lincecum, his wife to Dorothy E. Boyd.

(b) Real Property located at 1735 Itasca Avenue, Sacramento, California, Sacramento County, APN: 225-1080-022-0000, including all appurtenances and improvements thereto, and more fully described as:

LOT 22, AS SHOWN ON THAT CERTAIN MAP ENTITLED "PLAT OF NORTHPOINTE PARK UNIT NO. 3", WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE SACRAMENTO COUNTY RECORDER, NOVEMBER 23, 1998, IN BOOK 255 OF MAPS, AS PAGE 11, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM ALL OIL, GAS AND OTHER HYDROCARBON SUSTANCES, INERT GASES, MINERALS AND METALS, LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID LAND AND REAL PROPERTY, WHETHER NO KNOW TO EXIST OR HEREINAFTER DISCOVERED, INCLUDING BUT NOT LIMITED TO THE RIGHT TO EXPLORE FOR, DEVELOP AND REMOVE SUCH OIL, GAS AND OTHER HYDROCARBON SUBSTANCES, INERT GASES, MINERALS AND METALS WITHOUT, HOWEVER ANY RIGHT TO USE THE SURFACE OF SUCH LAND AND REAL PROPERTY OR ANY OTHER PORTION THEREOF ABOVE A DEPTH OF 500 FEET FROM THE SURFACE OF SUCH LAND AND REAL PROPERTY FOR ANY PURPOSES WHATSOEVER.

(c) Real Property located at 9501 Jeffcott Road, Wilton, California, Sacramento County, APN: 136-0060-060-0000, including all appurtenances and improvements thereto, and more fully described as:

Parcel B, as shown on that certain Parcel Map entitled "Lots 577 and 578 Control California Traction Unit No. 7, Book 13 of Maps, Map No. 20", filed in the office of the Recorder of Sacramento County, in Book 98 of Parcel Maps, Page 24.

(d) Real Property located at 7918 and 7920 68th Avenue, Sacramento, California, Sacramento County, APN: 051-0354-011-0000, including all appurtenances and improvements thereto, and more fully described as:

Lot 60 as shown on the Plat of Florin Duplex Village Unit No. 2, according to the

Official Plat thereof, filed in the office of the Recorder of Sacramento County, California, on March 31, 1964, in Book 73 of Maps, Map No. 38.

(e) Real Property located at 6945 Nova Parkway, Sacramento, California, Sacramento County, APN: 042-0091-001-0000, including all appurtenances and improvements thereto, and more fully described as:

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SACRAMENTO, UNICORPORATED AREA, AND IS DESCRIBED AS FOLLOWS;

LOT 1255, AS SHOWN ON THE PLAT OF PARKWAY ESTATES UNIT NO. 13, RECORDED IN BOOK 56 OF MAPS, MAP NO. 28, RECORDS OF SAID COUNTY.

(f) Real Property located at 8982 Elder Creek Road, Sacramento, California, Sacramento County, APN: 064-0033-031-0000, including all appurtenances and improvements thereto, and more fully described as:

The land described herein is situated in the State of California, County of Sacramento, unincorporated area, described as follows:

PARCEL 1:

ALL THAT PORTION OF THE NORTHWEST ONE-QUARTER OF SECTION 31, TOWNSHIP 8 NORTH, RANGE 6 EAST, M.D.B.&M., SACRAMENTO COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS;

BEGINNING AT A POINT ON THE NORTH LINE OF SAID SECTION 31 AND THE CENTER LINE OF THAT 60 FOOT COUNTY ROAD KNOWN AS ELDER CREEK ROAD, LOCATED WEST 1875 FEET DISTANT FROM THE NORTHEAST CORNER OF THE NORTHWEST ON-QUARTER OF SAID SECTION 31; THENCE SOUTH 00°11'15" WEST 240 FEET; THENCE, EAST 180 FEET; THENCE NORTH 00°11'15" EAST 240 FEET TO A POINT ON THE NORTH LINE OF SAID SECTION 31; THENCE, ALONG THE NORTH LINE OF SAID SECTION 31, WEST 180 FEET TO THE POINT OF BEGINNING.

PARCEL 2:

A RIGHT OF WAY FOR ROAD PURPOSES OVER A STRIP OF LAND 20 FEET IN WIDTH, THE WEST LINE OF WHICH IS DESCRIBED AS BEING LOCATED WEST 1695.0 FEET DISTANT FROM THE ¼ SECTION CORNER COMMON TO SECTIONS 30 AND 31 IN TOWNSHIP 8 NORTH, RANGE 6 EAST AND RUNNING THENCE SOUTH 0°11'15" WEST 240 FEET.

The recorded owner of the real properties listed in (a), (b) and (c) above is Leonard Yang. The recorded owner of the real property listed in (d) is Chui Qiang Liu. The recorded owner of the real property listed

4

in (e) is Kit Ping Li.  The recorded owner of the real property listed in (f) is Xiahua Ouyang.

## OVERVIEW

5.    In 2016, federal and state law enforcement officials began investigating a marijuana trafficking organization who utilized marijuana grow houses located in Sacramento County.  During the investigation, law enforcement officials identified Leonard Yang ("Leonard Yang"), Chengchun Xie ("Xie"), and Zhongzhang Yang ("Yang") as participants in the marijuana grow operation, and identified seven residences that Leonard Yang, Xie and Yang either frequented or connected to which were later confirmed as marijuana grow houses. Of the seven residences confirmed as marijuana grow houses, Leonard Yang is the record owner of three of them.

## EXECUTION OF SEARCH WARRANTS

6.    On September 14, 2016, law enforcement officers executed federal search warrants at the six properties listed below connected to the marijuana conspiracy and seized approximately 5,496 marijuana plants.  All six defendant properties contained active marijuana grows operations.  As a result of the investigation, agents arrested Leonard Yang, Zhongzhang Yang, and Chengchun Xie inside the grow houses.  A criminal complaint charging federal drug law violations was filed against Leonard Yang, Zhongzhang Yang, and Chengchun Xie on September 15, 2016, case number 2:16-MJ-00173-CKD.

### 6340 Logan Street, Sacramento, California

7.    On September 14, 2016, law enforcement officials executed a search warrant at 6340 Logan Street, Sacramento, California, and found an active marijuana grow with 857 marijuana plants. Law enforcement officials also located: documents written in Chinese which appear to be pay/owe ledgers, hardware store and hydroponics store receipts, documents with the address of 7918/7920 68th Avenue, and receipts and bank statements connected to Leonard Yang. According to the SMUD utility company, the subscriber for the Logan Street property is Mingsong Lin, and service was initiated on November 17, 2015.  In addition, law enforcement learned the Logan Street consumed an unusually large amount of electricity, an indicator that the interior of the property was being used to cultivate marijuana. Agents conducted a post-arrest interview of Leonard Yang who told agents that he purchased the property at 6340 Logan Street, rented it out, and has never been to the property. During surveillance

5

leading up to the search warrants agents observed Leonard Yang on several occasions at the property and have observed him gaining access to it using keys.

### 1735 Itasca Avenue, Sacramento, California

8. On September 14, 2016, law enforcement officials executed a search warrant at 1735 Itasca Avenue, Sacramento, California, and found an active marijuana grow with 721 marijuana plants. Agents located and arrested Leonard Yang inside the residence. Law enforcement officials also located: documents written in Chinese which appear to be pay/owe ledgers, watering schedules posted outside the marijuana grow rooms written in Chinese, residential property MLS listings, bank statements and receipts, three cellular telephones, approximately $5,000 in cash located in the master bedroom and approximately $5,000 in cash located in the master bedroom under Leonard Yang's bed. Agents searched Leonard Yang's Cadillac bearing license plate 7SJG945 and seized four different garage door openers and multiple house keys, and approximately $10,000 in cash located in the center console. According to the SMUD utility company, the subscriber for the property is Kai Yang, and service was initiated on April 7, 2016. Law enforcement learned the Itasca Avenue property consumed an unusually large amount of electricity, an indicator that the interior of the property was being used to cultivate marijuana.

### 9501 Jeffcott Road, Wilton, California

9. On September 14, 2016, law enforcement officials executed a search warrant at 9501 Jeffcott Road, Wilton, California, and found an active marijuana grow with 2,017 marijuana plants. An initial protective sweep of the residence located Chengchun Xie and Zhongzhang Yang in the upstairs bedrooms of the residence hiding in the closet and the attic area. The marijuana plants encompassed the majority of the residence and the backyard barn structure. Law enforcement officials also located: handwritten watering schedules, documents written in Chinese which appear to be pay/owe ledgers, hardware store and other business receipts, a SMUD bill for Huang Chen, a gas bill for Man Fung Au, a cannabis card for Huang Chen, five cellular telephones.

10. Agents also located a "Hong Kong Chinese Restaurant" business card with the address of 1884 Hard Road, Columbus, Ohio in the wallet of Zhongzhang Yang. In his post-arrest interview, Leonard Yang stated that he owned the Hong Kong Restaurant in Columbus, Ohio. Leonard Yang told

Verified Complaint for Forfeiture *In Rem*

agents that he co-purchased the residence at 9501 Jeffcott Road and that his co-buyer was currently in China. Leonard Yang told agents that he rented out the house and has not been to it in several months. During surveillance operations leading up to the search warrant, agents observed Leonard Yang at the property on several occasions. Yang stated he rented the property out to "Zhong Zhang" (phonetic; co-defendant). According to the SMUD utility company, the subscriber for the property is Huang Chen, and service was initiated on April 7, 2016. In addition, law enforcement learned the Jeffcott Road property consumed an unusually large amount of electricity, an indicator that the interior of the property was being used to cultivate marijuana.

### 7918 and 7920 68th Avenue, Sacramento, California

11. On September 14, 2016, law enforcement officials executed a search warrant 7918 and 7920 68th Avenue, Sacramento, California, and found active marijuana grows with 611 marijuana plants. The wall partition dividing the duplex had been taken down, which made the duplex one continuous residence that was used to grow marijuana. During a search warrant conducted at 6340 Logan Street (described above) agents located Leonard Yang's Lexus SUV bearing license plate GHF6941. Inside a vehicle found at 6340 Logan Street, agents seized a rental contract for 7918/7920 68th Avenue with Leonard Yang identified as the Tenant and Chui Qiang Liu as the landlord with an occupancy date of December 1, 2015. Also located in the vehicle was a First American Title Company document which shows that Leonard Yang deposited $10,000 for the purchase of the 7918/7920 68th Avenue property on November 17, 2015.

12. During surveillance operations leading up to the search warrant, agents observed Leonard Yang frequent the property on several occasions. According to the SMUD utility company, the subscriber for the property at 7918 68th Avenue is Lin Fay, and service was initiated on December 17, 2015. The subscriber for the property at 7920 68th Avenue is Zhenzhu Yang, and service was initiated on January 12, 2016. In addition, law enforcement learned the 68th Avenue properties consumed an unusually large amount of electricity, an indicator that the interior of the properties were being used to cultivate marijuana.

### 6945 Nova Parkway, Sacramento, California

13. On September 14, 2016, law enforcement officials executed a search warrant 6945 Nova

Verified Complaint for Forfeiture *In Rem*

Parkway, Sacramento, California, and found an active marijuana grow with 766 marijuana plants. Law enforcement officials also located: utility bills, an airline ticket from North Carolina for Yichao Chen, an airline ticket from New York to Sacramento for Guoqiang Yang (tenant), a bus ticket from Denver to Los Angeles for a passenger, a Bank of America money market savings account statement showing credit wire transfer of $30,000 for Yichao Chen and Aizhen Lin dated July 8, 2016, enterprise rental car receipts for Yichao Chen, other bank account receipts and documents for Yichao Chen, a rental agreement with landlord Kit Ping Li and tenant Guoqian Yang dated June 10, 2014, rental deposit slips for $1,300 per month for 6945 Nova Parkway paid by Guoqian Yang, a notebook with hand writing in Chinese which appears to be pay/owe ledgers, and other documents. During surveillance operations leading up to the search warrant, agents observed Leonard Yang frequent the property.

14. According to the SMUD utility company, the subscriber for the property is Jingchao Kuang, and service was initiated on March 15, 2016. In addition, law enforcement learned the Nova Parkway property consumed an unusually large amount of electricity, an indicator that the interior of the property was being used to cultivate marijuana.

### 8982 Elder Creek Road, Sacramento, California

15. On September 14, 2016, law enforcement officials executed a search warrant 8982 Elder Creek Road, Sacramento, California, and found an active marijuana grow with 524 marijuana plants. Law enforcement officials also located: documents written in Chinese which appear to be pay/owe ledgers, escrow and money wire transfer documents, a purchase agreement and for a 2016 Honda Odyssey for approximately $44,000 dated 9/10/2016 with buyer Cai Xing Li and co-buyer Leonard Yang, hardware store and hydroponics store receipts, and an airline receipt for Cai Xing Li from New York to Sacramento dated 8/3/2016. During surveillance operations leading up to the search warrant, agents observed Leonard Yang frequent the property and gain access to the main residence which contained the marijuana grow.

16. According to the SMUD utility company, the subscriber for the property is Qian Song Li, and service was initiated on July 25, 2016. In addition, law enforcement learned the Elder Creek Road property consumed an unusually large amount of electricity, an indicator that the interior of the property was being used to cultivate marijuana.

Verified Complaint for Forfeiture *In Rem*

**Criminal Complaint**

17. On September 15, 2016, Leonard Yang, Zhongzhang Yang, and Chengchun Xie were indicted in the Eastern District of California for Conspiracy to Manufacture and Manufacture and Possession with Intent to Distribute and Distribution of a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and Maintaining a Place for Manufacture and Distribution of Controlled Substances in violation of 21 U.S.C. § 856, in <u>United States v. Leonard Yang, et al.</u>, Case No. 16-MJ-173-CKD.

**FIRST CLAIM FOR RELIEF**
(21 U.S.C. § 881(a)(7))

18. Paragraphs one to seventeen above are incorporated by reference as though fully set forth herein.

19. The defendant properties, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon, is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) because it was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 et seq., an offense punishable by more than one year's imprisonment.

20. The United States does not request authority from the Court to seize the defendant properties at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1):

   a. post notice of this action and the Complaint on the defendant properties,

   b. serve notice of this action on the defendant properties owner along with a copy of this Complaint; and

   c. file with the county where the properties are located a lis pendens providing notice of the properties' status as defendants in this *in rem* forfeiture action.

21. Title 18 U.S.C. § 985(c)(3) provides that, because the United States will post notice of this Complaint on the defendant properties, it is not necessary for the Court to issue an arrest warrant *in rem*, or to take any other action to establish *in rem* jurisdiction over the defendant properties.

**PRAYER FOR RELIEF**

WHEREFORE, the United States prays that:

1. Process issue according to the procedures of this Court in causes of action *in rem*;

2.  Any person having an interest in said defendant properties be given notice to file a claim and to answer the complaint;

3.  The Court enter a judgment of forfeiture of said defendant properties to the United States; and

4.  The Court grant such other relief as may be proper.

Dated:  9/22/2016                   PHILLIP A. TALBERT
                                    Acting United States Attorney

                          By:       /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney

Verified Complaint for Forfeiture *In Rem*

**VERIFICATION**

I, Brian Swenson, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Drug Enforcement Administration, that I have read the foregoing Verified Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States and information supplied to me by other law enforcement officers, together with others, as a Special Agent with the Drug Enforcement Administration.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated:   9/22/2016

    /s/ Brian Swenson
BRIAN SWENSON
Special Agent
Drug Enforcement Administration

(Signature retained by attorney)

0