PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16−CV−02259−KJM−CKD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO SET ASIDE CLERK'S DEFAULTS AGAINST LEONARD YANG (aka LEONARD VANG), CHUI QIANG LIU, AND XIAHUA OUYANG |
| REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 1735 ITASCA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1080-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 9501 JEFFCOTT ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0060-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7918 and 7920 68TH AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0354-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

1

REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendants.

It is hereby stipulated by and between the United States and claimants Leonard Yang ("Yang"), Chui Qiang Liu ("Liu"), and Xiahua Ouyang ("Ouyang"), by and through their respective counsel of record, as follows:

1. On or about November 1, 2016, the Clerk of the Court entered a Clerk's Certificate of Entry of Default against Kit Ping Li, Chui Qiang Liu, Xiahua Ouyang and Leonard Yang. ECF No. 18.

2. On or about November 3, 2016, claimants Yang, Liu, and Ouyang filed Answers to the Complaint. ECF Nos. 19-21.

3. On or about November 18, 2016, claimant Yang filed a claim asserting an interest in the following defendant real properties:

   a. Real Property located at 6340 Logan Street, Sacramento, California;
   b. Real Property located at 1735 Itasca Avenue, Sacramento, California; and
   c. Real Property located at 9501 Jeffcott Road, Wilton, California. (ECF No. 24.)

On or about November 18, 2016, claimant Liu filed a claim asserting an interest in the defendant real properties located at 7918 and 7920 68th Avenue, Sacramento, California. ECF No. 22. Also on or about November 18, 2016, claimant Ouyang filed a claim asserting an interest in the defendant real property located at 8982 Elder Creek Road, Sacramento, California. ECF No. 23.

4. The parties request to set aside the Clerk's Certificate of Entry of Default against claimants Leonard Yang, Chui Qiang Liu, and Xiahua Ouyang. The Clerk's Certificate of Entry of Default shall remain in place for Kit Ping Li.

///

Stipulation and Order to Set Aside Clerk's Default

Dated:  12/8/2016                                                  PHILLIP A. TALBERT
                                                                                    United States Attorney

                                                                                     /s/ Kevin C. Khasigian
                                                                                    KEVIN C. KHASIGIAN
                                                                                    Assistant U.S. Attorney


Dated:  12-8-2016                                                   /s/ Ernest Chen
                                                                                    ERNEST CHEN
                                                                                    Attorney for Claimants Leonard Yang, Chui Qiang
                                                                                    Liu, and Xiahua Ouyang

                                                                                    (Original signature retained by attorney)

## ORDER

For the reasons set forth above, the Clerk's Certificate of Entry of Default against claimants Leonard Yang, Chui Qiang Liu, and Xiahua Ouyang is set aside.

IT IS SO ORDERED.

Dated: December 12, 2016.

_____
UNITED STATES DISTRICT JUDGE