| | |
|---|---|
| 1   MCGREGOR W. SCOTT<br>United States Attorney<br>2   KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney<br>3   501 I Street, Suite 10-100<br>Sacramento, CA  95814<br>4   Telephone: (916) 554-2700<br><br>5   Attorneys for the United States | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 1735 ITASCA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1080-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 9501 JEFFCOTT ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0060-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 7918 and 7920 68TH AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0354-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | 2:16−CV−02259−KJM−CKD<br><br>JOINT STATUS REPORT AND ORDER |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 2 | |
| 3 | |
| 4 | |
| 5 | REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 6 | |
| 7 | |
| 8 | Defendants. |

The United States and claimants Leonard Yang, Chui Qiang Liu, Xiahua Ouyang, Megan Liu, Lone Oak Fund, LLC, Northern California Mortgage Fund IX and FJM Private Mortgage ("claimants"), submit the following Joint Status Report pursuant to the Court's February 13, 2017 Order. No other party has appeared in this action.

The parties previously requested, and this Court granted, a stay of further proceedings in this matter in light of the ongoing companion criminal case, <u>United States v. Leonard Yang, et al.</u>, Case No. 2:16-CR-00189 KJM. The parties hereby submit that the criminal case is still ongoing and, as set forth in the original Joint Status Report [ECF No. 32], the Court should stay further proceedings in this matter rather than fully schedule this case at this time. As a further update for the Court, the parties recently sold four of the defendant properties pursuant to an interlocutory sales order entered in the case: defendants 6340 Logan, 1735 Itasca, 9501 Jeffcott and 7918/7950 68th. Further, the United States has circulated a stipulation to sell the remaining two defendant properties, 6945 Nova Parkway and 8982 Elder Creek Road, and it appears the Elder Creek property will sell sometime later this month after falling out of escrow earlier this year.

///
///
///
///

The parties will file another joint status report within 60 days, or within seven days after the criminal case resolves, whichever comes first.

Dated: 4/11/2018     MCGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 4/12/2018     /s/ Anh Van Nguyen
ANH VAN NGUYEN
Attorney for claimant Leonard Yang

Dated: 4/12/2018     /s/ Ernest Chen
ERNEST CHEN
Attorney for claimants Chui Qiang Liu and Xiahua Ouyang

Dated: 4/12/2018     /s/ Mark J. Reichel
MARK J. REICHEL
Attorney for claimant Megan Liu

Dated: 4/12/2018     /s/ Simon Aron
SIMON ARON
Attorney for claimant Lone Oak Fund, LLC

Dated: 4/12/2018     /s/ Thomas P. Mazzucco
THOMAS P. MAZZUCCO
Attorney for claimants Northern California Mortgage Fund IX and FJM Private Mortgage

///
///
///
///

**ORDER**

For the reasons set forth above, this matter is STAYED pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i). The parties shall file a joint status report within 60 days or until the resolution of *United States v. Leonard Yang, et al.,* 2:16-CR-00189, whichever comes first.

IT IS SO ORDERED.

DATED: April 24, 2018.

_____
UNITED STATES DISTRICT JUDGE