| | |
|---|---|
| SIMON ARON (CA State Bar No. 108183)<br>saron@wrslawyers.com<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 West Olympic Boulevard, 9th Floor<br>Los Angeles, California 90064-1582<br>Telephone: (310) 478-4100<br>Facsimile: (310) 479-1422<br><br>Attorneys for Claimant LONE OAK FUND, LLC | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 1735 ITASCA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1080-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 9501 JEFFCOTT ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0060-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 7918 and 7920 68TH AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0354-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | 2:16-CV-02259-KJM-CKD<br><br><br><br>STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LONE OAK FUND, LLC [Docket No. 13]; ORDER |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>                    Defendants. |

6    IT IS HEREBY STIPULATED by and between the United States and Claimant Lone Oak

7 Fund, LLC, a California limited liability company ("Claimant"), as follows:

8    1.    Claimant asserted a lienholder interest in the defendant property located at 8982 Elder

9 Creek Road, Sacramento, California, 95834 ("Defendant Property").

10    2.    The loan has since been satisfied and Claimant no longer has an interest in Defendant

11 Property.

12    3.    Accordingly, Claimant hereby withdraws its claim filed in the above captioned case on

13 October 14, 2016 [Dk. #13].

14    4.    To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), the

15 United States agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the

16 Federal Rules of Civil Procedure, Rule 41(a).  Defendant Property is the *in rem* defendant.

17    5.    Each party hereto is to bear its own costs, except as otherwise paid under the applicable

18 loan documents.

19    6.    Claimant is hereby removed from the Service List for the above captioned case.

Date: October 16, 2018                         WOLF, RIFKIN, SHAPIRO,
                                               SCHULMAN & RABKIN, LLP

                                    By:    /s/ Simon Aron
                                           SIMON ARON
                                           Attorneys for Claimant


Date: October 16, 2018                         MCGREGOR W. SCOTT
                                               United States Attorney

                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant United States Attorney

///

3286954.1

2

# ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation is approved.
2. Claimant's claim filed in the above-captioned case on October 14, 2016 [Dk. #13] is hereby deemed withdrawn.
3. Claimant is hereby deemed dismissed from the above-captioned case.

IT IS SO ORDERED.

DATED: October 17, 2018.

_____
UNITED STATES DISTRICT JUDGE