| | |
|---|---|
| 1 | Thomas P. Mazzucco, Esq., SBN 139758<br>tmazzucco@mpbf.com |
| 2 | Aaron K. McClellan, Esq. SBN 197185<br>amcclellan@mpbf.com |
| 3 | MURPHY, PEARSON, BRADLEY & FEENEY<br>88 Kearny Street, 10th Floor |
| 4 | San Francisco, CA 94108-5530<br>Tel: (415) 788-1900 |
| 5 | Fax: (415) 393-8087 |
| 6 | Attorneys for Northern California Mortgage Fund<br>IX, LLC |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:16-CV-02259-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM OF NON-PARTY NORTHERN CALIFORNIA MORTGAGE FUND IX, LLC** |
| REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 1735 ITASCA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1080-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 9501 JEFFCOTT ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0060-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7918 and 7920 68TH AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0354-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, | |

APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendants.

IT IS HEREBY STIPULATED by and between the United States, and NORTHERN CALIFORNIA MORTGAGE FUND IX, LLC, A DELAWARE LIMITED LIABILITY COMPANY ("Claimant") as follows:

1. The defendant property subject to this stipulation is as follows ("Defendant Property"): Real property located at 7918-7920 68th Avenue, Sacramento, California 95828, APN: 051-0354-011-0000, including all appurtenances and improvements thereto, a legal description of which is set forth in **Exhibit A** attached hereto and incorporated herein by reference.

2. On September 22, 2016, the United States of America filed a Verified Complaint for Forfeiture *In Rem* [Docket No. 1] ("Complaint") alleging that the Defendant Property, including any right, title and interest in the whole of any lot or tract of land and any appurtenances or improvements thereon, is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7) because it was used and intended to be used to commit or facilitate a violation of 21 U.S.C. §§ 841 et. seq.

3. At the time the Complaint was filed, the record owners of the Defendant Property was CHUI QIANG LIU ("LIU").

4. On October 27, 2016, Claimant filed a claim in this action alleging a lienholder interest in the Defendant Property [Docket No. 14].

5. On January 24, 2018, the Court entered an Order for Interlocutory Sale [Docket No. 46] ("Order") which granted the United States of America's, LIU's, and Claimant's request to sell the Defendant Property pursuant to that certain Stipulation and Proposed Order re: Interlocutory Sales of Real Property filed on January 4, 2018 [Docket No. 45] ("Stipulation and Order Re Interlocutory Sale"). Pursuant to the Stipulation and Order Re Interlocutory Sale, Claimant did not waive, relinquish, or release any rights or claims against LIU as to any indebtedness due and owing to Claimant.

6. Pursuant to the Order, the Defendant Property was sold in early 2018.

7. On August 20, 2018, the United States of America, Claimant, and LIU (amongst others) entered into a Stipulation for Partial Final Judgment of Forfeiture [Docket No. 54] ("<u>Stipulation for Partial Final Judgment</u>"), pursuant to which the United States of America agreed to return a sum of money to Claimant consisting of a portion of the net sale proceeds from the interlocutory sale of the Defendant Property.

8. On September 14, 2018, the Court entered an order granting the Stipulation for Partial Final Judgment [Docket No. 55]. Thereafter, the United States returned the agreed upon sum of money to Claimant from the interlocutory sale of the Defendant Property pursuant to the Stipulation for Partial Final Judgment. An outstanding indebtedness remains for amounts owed to Claimant under loan agreements executed by LIU in favor of Claimant ("<u>Mortgage Indebtedness</u>"), and Claimant reserves all of its rights, claims, and remedies to pursue satisfaction of the Mortgage Indebtedness from LIU.

9. Notwithstanding, Claimant hereby withdraws its claim filed in the above-captioned case on October 27, 2016 with respect to the Defendant Property.

10. To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), the United States of America agrees to dismiss *with prejudice* Claimant in the above-captioned case pursuant to the Federal Rules of Civil Procedure, Rule 41(a). Defendant Property is the *in rem* defendant.

11. Claimant is hereby removed from the Service List for the above captioned case.

12. Each party hereto is to bear his, her, and its own costs.

Dated: May 9, 2019

MURPHY, PEARSON, BRADLEY & FEENEY

By: */s/ Thomas P. Mazzucco*
    THOMAS P. MAZZUCCO
    AARON K. MCLELLAN
    Attorneys for FJM Private Mortgage Fund, LLC

Date: May 9, 2019    MCGREGOR W. SCOTT
    United States Attorney

By: */s/ Kevin C. Khasigian*
    KEVIN C. KHASIGIAN
    Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Stipulation is hereby APPROVED.

2. Claimant's claim filed in the above-captioned case on October 27, 2016 as to the Defendant Property is hereby deemed withdrawn.

3. Pursuant to F.R.C.P. 41(a), Claimant NORTHERN CALIFORNIA MORTGAGE FUND IX, LLC, A DELAWARE LIMITED LIABILITY COMPANY is hereby dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated: July 29, 2019.

_____
UNITED STATES DISTRICT JUDGE