McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-02259-KJM-CKD |
| Plaintiff, | |
| v. | STIPULATION FOR PARTIAL LIFT OF STAY AND ORDER |
| REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | |
| Defendants. | |

The United States and claimant Xiahua Ouyang, through their respective counsel, hereby stipulate and request the Court to lift the stay for the limited purpose of filing settlement documents for real property located at 8982 Elder Creek Road, Sacramento, California, Sacramento County, APN: 064-0033-031-0000 ("defendant property"). The parties anticipate that, if granted, the settlement documents would close the case against the defendant property. Thus, the stay would no longer be necessary for this property.[1]

Claimant Xiahua Ouyang filed a Claim and Answer to the Complaint regarding defendant property. No other party has filed a claim asserting an interest in defendant property.

---

[1] The case would remain stayed as to the remaining *In Rem* Defendant. This request is limited to the defendant property.

On August 10, 2018, escrow closed for the defendant property. The United States and claimant Xiahua Ouyang have reached a settlement regarding the net proceeds from the sale of the defendant property.

Dated:  12/13/2019     

McGREGOR W. SCOTT
United States Attorney

By:     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 12/13/2019     

 /s/ Ernest Chen     
ERNEST CHEN
Attorney for claimant Xiahua Ouyang
(Authorized by email)

## ORDER

For the reasons set forth above, the stay is lifted regarding the real property located at 8982 Elder Creek Road, Sacramento, California, Sacramento County, APN: 064-0033-031-0000.

IT IS SO ORDERED.

DATED:  December 18, 2019.

_____
UNITED STATES DISTRICT JUDGE