1 McGREGOR W. SCOTT
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CV-02259-KJM-CKD |
| Plaintiff, | |
| v. | PARTIAL FINAL JUDGMENT OF FORFEITURE RE REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CA |
| REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 1735 ITASCA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-1080-022-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 9501 JEFFCOTT ROAD, WILTON, CALIFORNIA, SACRAMENTO COUNTY, APN: 136-0060-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7918 and 7920 68TH AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 051-0354-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 2 | |
| 3 | |
| 4 | |
| 5 | REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 6 | |
| 7 | |
| 8 | Defendants. |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against six real properties, one of which is the real property located at 8982 Elder Creek Road, Sacramento, California, Sacramento County, APN: 064-0033-031-0000 ("defendant property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 22, 2016, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6) and 881(a)(7).

3. On September 28, 2016, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on October 25, 2016, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on November 25, 2016.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities related to this defendant property:

    a. Xiahua Ouyang

    b. Lone Oak Fund, LLC

6. Claimant Lone Oak Fund, LLC, filed a Claim and Answer on October 14, 2016. Xiahua Ouyang filed a Claim and Answer on November 3, 2016. No other parties have filed claims or answers in this matter as to the defendant property, and the time in which any person or entity may file a claim

and answer has expired.

  7. On August 10, 2018, escrow closed for the defendant property at 8982 Elder Creek Road, Sacramento, California, Sacramento County, APN: 064-0033-031-0000, and the United States received a wire transfer in the amount of $118,941.35, which will be substituted in lieu of the real property. Lone Oak Fund, LLC was paid in full through escrow. Lone Oak Fund, LLC withdrew their Claim on October 16, 2018.

 Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

  1. Judgment is hereby entered against claimants Lone Oak Fund, LLC and Xiahua Ouyang, and all other potential claimants who have not filed claims in this action.

  2. Upon entry of this Partial Final Judgment of Forfeiture, $77,311.88 of the Approximately $118,941.35 in net proceeds from the sale of defendant property located at 8982 Elder Creek Road, Sacramento, California, Sacramento County, APN: 064-0033-031-0000, together with any interest that may have accrued on the total amount of net proceeds, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6) and 881(a)(7), to be disposed of according to law.

  3. Upon entry of this Partial Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $41,629.47 of the Approximately $118,941.35 in U.S. Currency, and Approximately $2,631.03 in U.S. Currency returned to the United States by Claimant Lone Oak Fund, LLC, shall be returned to Claimant Xiahua Ouyang through her attorney Ernest Chen.

  4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of or in any way connected with the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, as well as those now known or disclosed. Claimant waived the provisions of California Civil Code § 1542.

//

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

5. Claimant waives any and all claim or right to interest that may have accrued on the money being forfeited in lieu of the defendant property.

6. All parties are to bear their own costs and attorneys' fees, if any.

7. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Partial Final Judgment of Forfeiture.

8. Based upon the allegations set forth in the Complaint filed September 22, 2016, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 18th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE