1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                      | 2:16−CV−02259−KJM−CKD
12 |             Plaintiff,                         |
13 |     v.                                         | JOINT STATUS REPORT
14 | REAL PROPERTY LOCATED AT 6340
15 | LOGAN STREET, SACRAMENTO,
   | CALIFORNIA, SACRAMENTO COUNTY,
   | APN: 038-0251-017-0000, INCLUDING ALL
16 | APPURTENANCES AND IMPROVEMENTS
   | THERETO,
17
   | REAL PROPERTY LOCATED AT 1735
18 | ITASCA AVENUE, SACRAMENTO,
   | CALIFORNIA, SACRAMENTO COUNTY,
19 | APN: 225-1080-022-0000, INCLUDING ALL
   | APPURTENANCES AND IMPROVEMENTS
20 | THERETO,

21 | REAL PROPERTY LOCATED AT 9501
   | JEFFCOTT ROAD, WILTON, CALIFORNIA,
22 | SACRAMENTO COUNTY, APN: 136-0060-
   | 060-0000, INCLUDING ALL
23 | APPURTENANCES AND IMPROVEMENTS
   | THERETO,
24
   | REAL PROPERTY LOCATED AT 7918 and
25 | 7920 68TH AVENUE, SACRAMENTO,
   | CALIFORNIA, SACRAMENTO COUNTY,
26 | APN: 051-0354-011-0000, INCLUDING ALL
   | APPURTENANCES AND IMPROVEMENTS
27 | THERETO,

28                              1

REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendants.

The United States and claimants Leonard Yang, Chui Qiang Liu, Xiahua Ouyang and Megan Liu, ("claimants"), submit the following Joint Status Report pursuant to the Court's prior order in this case. No other party has appeared in this action.

The parties previously requested, and this Court granted, a stay of further proceedings in this matter in light of the ongoing companion criminal case, *United States v. Leonard Yang, et al.*, Case No. 2:16-CR-00189 KJM. The parties hereby submit that the criminal case is still ongoing as Defendant Yichao Chen is set for sentencing on October 18, 2021. Accordingly, as set forth in the original Joint Status Report [ECF No. 32], the Court should stay further proceedings in this matter rather than fully schedule this case at this time. As a further update for the Court, the parties have sold five of the defendant properties pursuant to an interlocutory sales order entered in the case: defendants 6340 Logan, 1735 Itasca, 9501 Jeffcott, 7918/7950 68th and 8982 Elder Creek Road. Pursuant to those orders, most of the claims filed by property owners and lienholders have been fully resolved. Accordingly, those claimants who no longer have an interest in the properties have filed stipulations to withdraw their claims. See e.g., Dkt. 59, 64, 66-69, 79. The sole remaining claim will remain stayed until the outcome of the criminal case.

The United States continues to work through the details of the stipulation to sell the remaining defendant property, 6945 Nova Parkway, and the United States believes the property will soon be on the market for sale, likely after Yichao Chen's sentencing. The United States anticipates the stay in the

civil case will be lifted at the conclusion of Yichao Chen's sentencing.

The parties will file another joint status report within 60 days, or within seven days after the criminal case resolves, whichever comes first.

Dated:   8/23/2021
PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   8/23/2021
/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for claimant Megan Liu

(Signature approved by email)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i).  The parties shall file a joint status report within 60 days or until the resolution of *United States v. Leonard Yang, et al.*, 2:16-CR-00189 KJM, whichever comes first.

**IT IS SO ORDERED**.

DATED:  September 6, 2021.

CHIEF UNITED STATES DISTRICT JUDGE