PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 038-0251-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., <br><br> Defendants. | 2:16−CV−02259−KJM−CKD <br><br> JOINT STATUS REPORT |

     The United States and claimants Leonard Yang, Chui Qiang Liu, Xiahua Ouyang and Megan Liu, ("claimants"), submit the following Joint Status Report pursuant to the Court's prior order in this case.  No other party has appeared in this action.

     The parties previously requested, and this Court granted, a stay of further proceedings in this matter in light of the ongoing companion criminal case, *United States v. Leonard Yang, et al.*, Case No. 2:16-CR-00189 KJM.  The parties hereby submit that the criminal case is still ongoing as Defendant Yichao Chen is set for sentencing on June 27, 2022.  Accordingly, as set forth in the original Joint Status Report [ECF No. 32], the Court should stay further proceedings in this matter rather than fully

1

schedule this case at this time.  As a further update for the Court, the parties have sold five of the defendant properties pursuant to an interlocutory sales order entered in the case: defendants 6340 Logan, 1735 Itasca, 9501 Jeffcott, 7918/7950 68th and 8982 Elder Creek Road.  Pursuant to those orders, most of the claims filed by property owners and lienholders have been fully resolved.  Accordingly, those claimants who no longer have an interest in the properties have filed stipulations to withdraw their claims.  See e.g., Dkt. 59, 64, 66-69, 79.  The sole remaining claim will remain stayed until the outcome of the criminal case.

The United States continues to work through the details of the stipulation to sell the remaining defendant property, 6945 Nova Parkway, and the United States believes the property will soon be on the market for sale, likely after Yichao Chen's sentencing.  The United States anticipates the stay in the civil case will be lifted at the conclusion of Yichao Chen's sentencing.

The parties will file another joint status report within 60 days, or within seven days after the criminal case resolves, whichever comes first.

Dated:   6/2/2022                             PHILLIP A. TALBERT
                                              United States Attorney

                                       By:    /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney


Dated:   6/2/2022                              /s/ Mark J. Reichel
                                              MARK J. REICHEL
                                              Attorney for claimant Megan Liu
                                              (Signature approved by email)

## ORDER

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i).  The parties shall file a joint status report within 60 days or until the resolution of *United States v. Leonard Yang, et al.*, 2:16-CR-00189 KJM, whichever comes first.

**IT IS SO ORDERED**.

Dated: _____

                                              _____
                                              KIMBERLY J. MUELLER
                                              United States District Judge